# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Priority Mail parcel postal tracking number 9405 5112 0622 3886 8815 64, postmarked March 8, 2023, addressed to Alec Crawford, 1816 Forsgate Ct, Springboro, OH 45066 with a return address of Bira Craft and Stationery, 2508 Strozier Ave, South El Monte, CA 91733

Case No. **1:23-MJ-00189**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel postal tracking number 9405 5112 0622 3886 8815 64

located in the  Southern  District of  Ohio  , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- [x] evidence of a crime;
- [x] contraband, fruits of crime, or other items illegally possessed;
- [ ] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

- [x] Continued on the attached sheet.
- [ ] Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence. By reliable electronic means, specifically, FaceTime video conference.

Date: **Mar 13, 2023**

*Judge's signature*

City and state:  Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003.

1. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio and Northern Kentucky. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, and to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the mail was used, your affiant has learned of certain characteristics indicative of other mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery or sender address, the package is mailed from a known drug source location, labeling information contains misspellings, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

3. U.S. Postal Inspectors are aware that the State of California is a source location for controlled substances that are regularly mailed to the State of Ohio and the proceeds from the sales of controlled substances are frequently returned to California via the U.S. Mail. Based on this information, your affiant routinely reviews parcels and conducts postal database checks for inbound and outbound parcels that exhibit characteristics of parcels suspected of containing controlled substances and/or the proceeds from the sale of controlled substances.

4. On or about March 9, 2023, your affiant learned that Priority Mail parcel tracking number 9405 5112 0622 3886 8684 42 (PARCEL 1) and Priority Mail parcel tracking number 9405 5112 0622 3886 8815 64 (PARCEL 2) were mailed from Southern California addressed to 1816 Forsgate Ct, Springboro, OH 45066 (SUBJECT ADDRESS). The parcels are coming from a known drug source area.

5. Your affiant obtained an image of PARCEL 1. The parcel is addressed to Alec Crawford at the SUBJECT ADDRESS with a return address of Malibu Surf, 22815 Ventura Blvd, Woodland Hills, CA 91364.

6. According to Google, "Printing Zone" is located at 22815 Ventura Blvd, Woodland Hills, CA 91364. This is a commercial mail receiving agency (CMRA) where post office boxes can be rented. There is no box number listed with the return address on PARCEL 1. Your affiant knows through her training and experience that sometimes an individual will rent a box or use a business name to elude law enforcement and make a parcel appear to be legitimate instead of the use of their residence address.

7. Your affiant did a check in CLEAR regarding the SUBJECT ADDRESS. CLEAR is a database that is used by law enforcement as a tool to identify person/business and address information. According to CLEAR, the name "Frederick" is associated with the SUBJECT ADDRESS. CLEAR has "Alec Crawford" associated with 1831 Forsgate, Ct, Springboro, OH 45066. "Crawford's address is across the street from the SUBJECT ADDRESS.

8. Your affiant reviewed postal business records for the SUBJECT ADDRESS. Since February 2023, twelve parcels were mailed from Southern California going to the SUBJECT ADDRESS. Eight of those parcels were delivered between March 6 – 9, 2023.

9. Your affiant obtained images of the aforementioned parcels mailed to the SUBJECT ADDRESS. Seven parcels were addressed to "Alec Crawford", and one was addressed to "Ryan Frederick". Six of the parcels addressed to "Alec Crawford" had the same return address as PARCEL 1 but with a business name of "U Bay We Bay We All Ebay".

10. Your affiant reviewed postal business records for 1831 Forsgate, Ct, Springboro, OH 45066. Your affiant located five parcels mailed from Southern California between August 2022 and November 2022 going to that address.

11. Your affiant contacted the Postal Network Distribution Center (NDC), Cincinnati, Ohio and requested to be contacted when the PARCEL 1 and 2 processed through their facility.

12. On or about March 11, 2023, your learned PARCEL 1 and 2 had processed through the NDC. Your affiant requested the parcels be placed in a secure area for further investigation.

13. Your affiant learned PARCEL 2 is addressed to Alec Crawford at the SUBJECT ADDRESS with a return address of Bira Craft and Stationery, 2508 Strozier Ave, South El Monte, CA 91733. As stated previously, "Crawford" is not associated with the SUBJECT ADDRESS.

14. On or about March 13, 2023, PARCEL 1 and 2 were obtained by the Postal Inspection Service for further investigation.

15. According to Google, "Bira Craft and Stationery" is located at 2508 Strozier Ave, South El Monte, CA 91733. Your affiant contacted the number listed on the business website (626) 421-6893 and spoke to the office manager. Your affiant provided the name and tracking number and confirmed that PARCEL 2 was not mailed by "Bira Craft and Stationery".

16. Your affiant contacted Cincinnati Police Department Officer Jason Ader to arrange for a narcotic canine to check PARCEL 1 and 2. Officer Ader responded to the U.S. Postal Inspection Service (USPIS) Field office, Cincinnati, Ohio where the parcels were placed in a separate controlled area and presented to narcotic canine, "Sicaria". "Sicaria" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon PARCEL 1 and 2. Your affiant knows that Officer Ader and narcotic canine "Sicaria" train regularly and are certified annually through the Ohio Peace Officer Training Academy. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

17. PARCEL 1 is further identified as follows: a U.S. Postal Service Priority Mail Large Flat Rate cardboard box 12" x 11 3/4" x 5 1/2" in size, bearing tracking number 9405 5112 0622 3886 8684 42, postmarked March 8, 2023; see address information below:

**Sender:** Malibu Surf
22815 Ventura Blvd
Woodland Hills, CA 91364

**Addressee:** Alec Crawford
1816 Forsgate Court
Springboro, OH 45066

18. PARCEL 2 is further identified as follows: a brown cardboard box 13" x 13" x 13" in size, bearing tracking number 9405 5112 0622 3886 8815 64, postmarked March 8, 2023; see address information below:

3

|  |  |
|---|---|
| Sender: | Bira Craft and Stationery<br>2508 Strozier Ave<br>South El Monte, CA 91733 |
| Addressee: | Alec Crawford<br>1816 Forsgate Ct<br>Springboro, OH 45066 |

19. This information along with the positive alert of narcotic canine "Sicaria" is indicative of a drug parcel or its proceeds.

20. Based on the information contained herein, your affiant believes that contained in PARCEL 1 and 2 is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

21. PARCEL 1 and 2 are being secured at the USPIS Field Office, Cincinnati, Ohio pending further investigation.

Therefore, a search warrant to open PARCEL 1 and 2 is requested.

Further, your affiant sayeth naught.

_____
Karen O'Neill
Postal Inspector


Subscribed and sworn to and before me this 13th day of March, 2023. By reliable electronic means, specifically, FaceTime video conference.

_____
Honorable Stephanie K. Bowman
United States Magistrate Judge

4



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Jason Ader, am and have been employed by the Cincinnati Police Department since 2002. Among other duties, I am currently the assigned handler of narcotics detection canine "Cairo" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On 3-13-23, at the request of Postal Inspector K. O'Neill, I responded to Cincinnati Postal Inspection Service office, where "Cairo" did alert to and indicate upon:

[describe item]
9405 5112 0622 3886 8815 64 Alec Crawford 1816 Torsgate Ct Springboro OH 45066 return Bira Craft and Stationery 2508 Strozier Ave South El Monte CA 91733

Which, based upon my training and experience and that of "Cairo", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 3/13/23
(Signature and Date)

_____ 3/13/23
(Signature and Date)

Cincinnati Field Office
95 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone, 877-876-2455
FAX: 513-684-8009